THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: OTIS DEVONTE MCFADDEN | § | Cause no. 22-10702 |
| AND | § | |
| TRENICIA QUINTESHIA | § | |
| TRANEQUA MILES | § | Chapter 13 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Movant, Pflugerville Leased Housing Associates (TIC-1), LLLP, petitions this Court for relief from the automatic stay under 11 U.S.C. § 362(d)(1).

2. Movant is the owner and lessor of the real property located 16702 North Heatherwilde Blvd Apt 1222, Pflugerville, Texas 78660.

3. Debtor is the tenant in possession, under a written lease, of the property at located 16702 North Heatherwilde Blvd Apt 1222, Pflugerville, Texas 78660. A copy of the lease is attached as Exhibit "A".

4. Debtor filed a Chapter 13 petition in this bankruptcy court on October 25, 2022.

5. Debtor failed to make rental payments under the subject lease since on or about September 1, 2022.

6. As of the date of this filing, Debtor has not cured the default since the bankruptcy filing. A copy of the ledger is attached as Exhibit "B".

7. Based on the foregoing, movant seeks termination of the automatic stay to allow Movant to continue suit, to repossess the property, and seeks to recover its costs and reasonable attorney's fees.

WHEREFORE, Movant requests an order for relief from the automatic stay.

/s/ Brandy Alexander
Brandy Alexander
State Bar No. 24108421
S.D Tex. Bar No. 3481068
2502 La Branch St
Houston, Texas 77004
Tel: (832) 360-2318
Fax: (346) 998-0886
Email: brandyalexander@alexanderpllc.com

**NOTICE**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 14 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

/s/ Brandy Alexander
Brandy Alexander
State Bar No. 24108421
S.D Tex. Bar No. 3481068
2502 La Branch St | Houston, Texas 77004
Tel: (832) 360-2318 | Fax: (346) 998-0886
Email: brandyalexander@alexanderpllc.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document and the Affidavit as required by Local Bankruptcy Rule 4001(a)(1)(B) was served on March 3, 2023 by the Court's ECF noticing system or First Class Mail on the Debtors, Debtors' counsel, and the Trustee.

| | |
|---|---|
| *Debtors*<br>Otis Devonte McFadden<br>16701 North Heatherwilde Blvd Apt 1222<br>Pflugerville, Texas 78660 | Via First Class Mail |
| Trenicia Quinteshia Tranequa Miles<br>16701 North Heatherwilde Blvd Apt 1222<br>Pflugerville, Texas 78660 | Via First Class Mail |
| *Counsel for Debtor*<br>ALLMAND LAW<br>Nicholas C. Inman<br>860 Airport Freeway, Ste 401<br>Hurst, Texas 76054 | Via ECF and/or email |
| *Trustee*<br>Deborah B. Langehenning<br>PO Box 91419<br>Austin, Texas 78707 | Via ECF and/or email |

　　　　　　　　　　　　　　　　　　　　*/s/ Brandy M. Alexander*
　　　　　　　　　　　　　　　　　　　　Brandy M. Alexander