THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: OTIS DEVONTE MCFADDEN | § | Cause no. 22-10702 |
| AND | § | |
| TRENICIA QUINTESHIA | § | |
| TRANEQUA MILES | § | Chapter 13 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Pflugerville Leased Housing Associates (TIC-1), LLLP ("Movant") filed a motion for relief from the automatic stay against located 16702 North Heatherwilde Blvd Apt 1222, Pflugerville, Texas 78660 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____ Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____ The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____ The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____ After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____ No timely response was filed. Accordingly, the motion is granted by default.

_____ As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

_____
Presiding Judge