Nicholas C. Inman
Texas Bar No. 00787747
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, Texas 76054
Telephone: 214-265-0123
Facsimile: 214-265-1979
ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 22-10702 |
| OTIS DEVONTE MCFADDEN | § | |
| TRENICIA QUINTESHIA TRANEQUA | § | |
| MILES | § | |
| | § | CHAPTER 13 |
| DEBTOR | § | |
| | § | |
| PFLUGERVILLE LEASED HOUSING | § | |
| ASSOCIATES | § | |
| Movant. | § | |
| V. | § | |
| | § | |
| OTIS DEVONTE MCFADDEN | § | |
| TRENICIA QUINTESHIA TRANEQUA | § | |
| | § | Preliminary Hearing on Motion |
| | § | for Relief from Automatic Stay: |
| DEBTOR(S)-RESPONDENTS. | § | **April 4, 2023 @ 1:30PM** |

**DEBTORS UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY**
**FILED BY PFLUGERVILLE LEASED HOUSING ASSOCIATES**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COME NOW **OTIS DEVONTE MCFADDEN and TRENICIA QUINTESHIA TRANEQUA MILES** Respondents in the above-styled and numbered cause and file this Unopposed Response to the Motion for Relief from Automatic Stay Filed by Pflugerville Leased Housing Associates ("Movant"), and regarding the referenced property in said Motion,

Respondent will respectfully show the following:

1. Respondents are unopposed to Movant's Motion for Relief from Automatic Stay Filed by Pflugerville Leased Housing Associates.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Respondents pray for the relief requested and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

/s/ Nicholas C. Inman
Nicholas C. Inman
Texas Bar No. 00787747
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, Texas 76054
Telephone: 214-265-0123
Facsimile: 817-265-1979
ATTORNEY FOR DEBTOR(S)

## **CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that a copy of the foregoing *Unopposed Response to Motion for Relief from Automatic Stay* was served on the parties below in the manner set forth on March 17, 2023:

**FIRST CLASS MAIL**
Otis Devone McFadden
Trenicia Miles
16701 N. Heatherwilde Blvd., Apt. 1222
Pflugerville, TX 78660

**VIA ECF NOTICE**
Brandy Alexander
2502 La Branch St
Houston, Texas 77004
brandyalexander@alexanderpllc.com

Gail E. Stock on behalf of TriColor Auto Group, LLC
JAMESON AND DUNAGAN, PC
5429 LBJ Freeway, Suite 300,
Dallas, Texas 75240
gstock@jdlawtx.com

CHAPTER 13 TRUSTEE:

**CHAPTER 13 TRUSTEE**
Deborah B. Langehennig
PO Box 91419
Austin, TX 78709
trustee@ch13austin.com
mschoppe@ch13austin.com
courtdownloads@ch13austin.com

**U.S. TRUSTEE**
United States Trustee – AU12
903 San Jacinto Blvd.
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

/s/ *Nicholas C. Inman*
Nicholas C. Inman
State Bar No. 00787747

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 22-10702-smr<br>Western District of Texas<br>Austin<br>Fri Mar 17 09:20:32 CDT 2023 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | A+ Federal Credit Union<br>Po Box 14867<br>Austin, TX 78761-4867 |
| (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 | Appliance Warehouse<br>PO Box 660272<br>Dallas, TX 75266-0272 | Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 |
| Capital One<br>Atth: Bankruptcy<br>POBox 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Conn Appliances, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Conn's HomePlus<br>2445 Technology Forest Boulevard Buildin<br>The Woodlands, TX 77381-5263 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Cws/cw Nexus<br>Attn: Card Services<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Enhanced Recovery Company<br>Attn: Bankruptcy 8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| First Premier Bank<br>Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | Gail E. Stock<br>Jameson & Dunagan, PC<br>5429 LBJ Freeway<br>Suite 700<br>Dallas, TX 75240-2610 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan Blair & Sampson LLP<br>Attn: Lisa Large Evans<br>2777 N. Stemmons Freeway, Ste 1000<br>Dallas, TX 75207-2328 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 |
| (p)NATIONAL CREDIT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 672288<br>MARIETTA GA 30006-0039 | Otis Devonte McFadden<br>16701 North Heatherwilde Blvd Apt 1222<br>Pflugerville, TX 78660-5241 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pflugerville Leased Housing Associates (TIC-<br>16701 N. Heatherwilde Blvd.<br>Pflugerville, TX 78660-5222 | Plaza Services, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | SYNCB/Conns<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Scolopax, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 |
| Trenicia Quinteshia Tranequa Miles<br>16701 North Heatherwilde Blvd Apt 1222<br>Pflugerville, TX 78660-5241 | Tricolor Auto Group Ll<br>1111 W Mockingbird Ln St<br>Dallas, TX 75247-5070 | Tricolor Auto Group, LLC<br>6021 Connection Dr 4th Floor<br>Irving, TX 75039-2607 |
| Tricolor Auto Group, LLC<br>c/o Jameson & Dunagan, PC<br>5429 LBJ Freeway, Suite 700<br>Dallas, TX 75240-2610 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 |
| USDOE/GLELSI<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707-7860 | United States Attorney - Western<br>601 NW Loop 410 Suite 600<br>San Antonio, TX 78216-5597 | United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701-2450 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Upstart Finance<br>Attn: Bankruptcy<br>PO Box 1503<br>San Carlos, CA 94070-7503 | Deborah B. Langehennig<br>Deborah Langehennig Trustee<br>PO Box 91419<br>Austin, TX 78709-1419 |
| Nicholas C Inman<br>Allmand Law<br>860 Airport Freeway, Ste 401<br>Hurst, TX 76054-3264 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | Credit Acceptance<br>Attn: Bankruptcy 25505 West 12 Mile Road<br>Southfield, MI 48034 | Mission Lane LLC<br>Attn: Bankruptcy<br>Po Box 105286<br>Atlanta, GA 30348 |
| National Credit Systems, Inc.<br>3750 Naturally Fresh Blvd<br>Atlanta, GA 30349 | (d)National Credit Systems, Inc.<br>P.O.BOX 672288<br>Marietta<br>GA 30006 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Tricolor Auto Group, LLC
6021 Connection Dr, 4th Floor
Irving, TX 75039-2607

(d)Otis Devonte McFadden
16701 North Heatherwilde Blvd Apt 1222
Pflugerville, TX 78660-5241

(d)Trenicia Quinteshia Tranequa Miles
16701 North Heatherwilde Blvd Apt 1222
Pflugerville, TX 78660-5241


End of Label Matrix
Mailable recipients    48
Bypassed recipients     3
Total                  51